IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HELENA CHEMICAL COMPANY**                                                      **PLAINTIFF**

v.                              **CASE NO. 5:09CV00387 BSM**

**LEE COX AND ELIZABETH "LIBBY" COX**                                **DEFENDANTS**


## ORDER

Plaintiff Helena Chemical Company's ("Helena Chemical") motion to dismiss (Doc. No. 27) is granted and this case is dismissed with prejudice. Each party shall bear its own costs.

In a companion case, *Helena Chemical Company v. Triple C Ranch*, Case No. 2:08CV118 BSM, (E.D. Ark. Oct. 7, 2009), judgment was entered in favor of Helena Chemical against defendants Triple C Ranch, Earl Cox, and Irma Cox. Defendants were found liable in the amount of $124,635.18, interests accrued through August 27, 2009 in the amount of $18,889.01, and 19.04 accruing daily thereafter. Defendants were also found liable in the amount of $24,077.52 for Helena Chemical's attorney's fees and costs.

In the present case, on June 14, 2010, separate defendant Lee Cox was found jointly and severally liable on the debt owed by Triple C Ranch and Earl and Irma Cox. (Doc. No. 26). Notice has been given that the above-referenced debt has been satisfied and should therefore be discharged. *See Triple C Ranch*, at Doc. No. 45.

Accordingly, upon the notice of satisfaction of judgment filed by Helena Chemical, the judgments entered in *Triple C Ranch* have been discharged. Pursuant to that notice, the

debt is hereby satisfied as to Lee Cox and the Clerk is hereby directed to discharge said debt.

    IT IS SO ORDERED THIS 23rd day of July, 2010.

                                                  /s/ Brian S. Miller  
                                          UNITED STATES DISTRICT JUDGE